UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DEMARIO WILEY,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 2:25-cv-1912-ACA-NAD |
| ) | |
| **CIRCUIT COURT OF JEFFERSON** ) | |
| **COUNTY,** ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

Petitioner Demario Wiley filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. 1). The magistrate judge entered a report recommending that the court dismiss the petition based on Mr. Wiley's failure to prosecute his claims. (Doc. 4). Although the magistrate judge advised Mr. Wiley of his right to file objections to the report and recommendation within fourteen days (*id*. at 2–3), the deadline has passed and the court has not received any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Accordingly, the court **WILL DISMISS** this petition based on Mr. Wiley's failure to prosecute.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this January 30, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE